UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20383-CR-MOORE

UNITED STATES OF AMERICA

vs.

PABLO ANTONIO GUERRERO MARQUEZ,

Defendant.
_____/

### STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On or about July 8, 2021, while on patrol, a United States Marine Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 63 nautical miles south of Malpelo, Colombia, in international waters and upon the high seas. The GFV had three individuals on board, displayed no apparent indicia of nationality, had a large amount of fuel barrels and containers on deck, and was operating in a known drug trafficking area. United States Coast Guard Cutter (USCGC) *JAMES* which was in the area was diverted to investigate. *JAMES* sought and received authorization to board the GFV.

*JAMES* launched an Over the Horizon boat (OTH) to intercept. The USCG Boarding Team found three individuals on board who were identified as PABLO ANTONIO GUERRERO MARQUEZ, ENER CORTES RODRIGUEZ, and LEONEL GARCIA CABEZA. No claim of nationality was made for the vessel. Based on a failure to make a claim of nationality for the

vessel, the vessel was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

The USCG boarding team recovered approximately 1,183 kilograms of suspected cocaine from the vessel, which later field tested positive for cocaine. All three individuals, along with the 1,183 kilograms of suspected cocaine, were transferred to the USCG Cutter *JAMES*.

The parties further agree that there is enough of a factual basis for the Court to make a finding that the vessel in this case was a vessel without nationality and, thus, pursuant to Title 46, United States Code, Section 70502(c), is a vessel subject to the jurisdiction of the United States.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 6 Dec. 2021      By: _____
                           YVONNE RODRIGUEZ-SCHACK
                           ASSISTANT UNITED STATES ATTORNEY

Date: 12/6/2021        By: _____
                           PABLO ANTONIO GUERRERO MARQUEZ
                           DEFENDANT

Date: 12/6/2021        By: _____
                           CHRISTIAN DUNHAM
                           ATTORNEY FOR DEFENDANT